1

2

3

4              **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7    Robert Howell,                              )
                                                 )
8                        Plaintiff,              )    Case No.  2:20-cv-00151-KJD-BNW
                                                 )
9    vs.                                         )    **ORDER**
                                                 )
10   The Retail Equation,                        )
                                                 )
11                       Defendant.              )
     _____)

12

13        On April 3, 2020, the parties notified the Court that they had reached a tentative settlement.

14   (ECF No. 8.) They requested that all pending deadlines be vacated, as they anticipated filing

15   dismissal paperwork within 60 days. (*Id*.) More than 60 days have passed and the parties have not

16   filed dismissal paperwork. The parties also have not filed a discovery plan and scheduling order,

17   which was originally due on 4/11/2020. (ECF No. 5.)

18        IT IS THEREFORE ORDERED that by June 25, 2020, the parties must file dismissal

19   paperwork or a joint status report updating the court on the status of settlement.

20

21        DATED: June 10, 2020

22

23        _____
          **Brenda Weksler**
          **United States Magistrate Judge**
24

25

26

27

28